# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154596

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

RYAN SCOTT KONSDORF,
           Defendant-Appellant.

SC: 154596
COA: 333881
Saginaw CC: 14-040240-FH

_____/

      By order of April 4, 2017, the application for leave to appeal the August 24, 2016 order of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017



Clerk

d1017